**NOTE: This illustrates the FORM for an affidavit or affirmation.**

**NOTICE OF MOTION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KOMITEE, J.

Gilbert R. Geigel

Plaintiff,

-against-

SUFFOLK COUNTY; Police Officers JOSEPH ESPOSITO; GEORGE TRIMILGLOZZI,

Defendant(s).

TISCIONE, M.J.

NOTICE OF MOTION

CV 26 2677 (ABC)

[docket number][judge's initials]

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation Gilbert Geigel sworn to or affirmed 1 May, 20 26 and upon the complaint herein, plaintiff will move this Court, ______(Judge's name)_, U.S.D.J., in room____, United States Courthouse, Brooklyn, New York, 11201, on the (day) day of May, 20 26, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to Rule 5.2 of the Federal Rules of Civil Procedure granting Permitting Plaintiff to maintain his residential address under seal and confidential from Public disclosure to protect Minor Child pursuant to Family Court Order

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 05 2026 ★
LONG ISLAND OFFICE

Dated: Suffolk, New York

May 3, 2026

[signature]

Gilbert R. Geigel

PLAINTIFF PRO SE

RECEIVED
MAY 05 2026
EDNY PRO SE OFFICE

**AFFIDAVIT/AFFIRMATION**
**IN SUPPORT OF MOTION**

**SAMPLE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gilbert R. Geigel, Plaintiff, -against- [Defendant's Name], Defendant(s). | AFFIDAVIT/AFFIRMATION ___ CV____ (    ) |

STATE OF NEW YORK )
COUNTY OF ) ss.:

Gilbert R. Geigel, [BEING DULY SWORN] deposes and says [or: makes the following affirmation under the penalties of perjury]:

I, Gilbert R. Geigel (your name), am the plaintiff in the above-entitled action, and respectfully move this Court to issue an order Address redaction from public view protect minor son (state what you are seeking)

The reason why I am entitled to the relief I seek is the following: I am the plantiff I have primary Custody of child Family Court ordered my address remain confidential Disclosure would endanger the Child and violate that order Federal courts may protect Sensitive information Involving Minors New York State Law Permits protection of Identifying Information for Childs Safety. I consent to Electronic Service where Permitted

(You may use additional 8 ½ x 11 paper if needed)

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

**Use this format below if preparing an affidavit (requires a notary public)**

Sworn to me before this

day of_____, 20_____

_______________

Your name

_______________________________

Notary Public

---

**OR:**

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

**Use this format below if preparing an affirmation**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3 May 2026

X [signature]

Gilbert R. Geigel